FILED
2022 Feb-18 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIC C. CLOPTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-CV-01238-ACA |
| AMAZON.COM SERVICES, LLC | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Demetric C. Clopton and Defendant Amazon.com Services, LLC, by and through their undersigned counsel, and hereby stipulate to the dismissal **with prejudice** of all claims in the above-styled civil action, each party to bear their own costs and expenses as paid.

Respectfully submitted this 18th day of February, 2022.

7998568v.1

*/s/ Gregory O. Wiggins*
Gregory O. Wiggins
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
gwiggins@wigginschilds.com
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

**Attorney for Plaintiff**

*/s/ Thomas W. Scroggins*
Thomas W. Scroggins, ASB-8846-G47T
tscroggins@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244
Telephone: (205) 226-5472
Facsimile: (205) 323-7674

Brittany H. Turner ASB-1392-H61L
bturner@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Attorney for Defendant
2 Chase Corporate Drive, Suite 120
Birmingham, Alabama 35244
Telephone: (205) 226-5466
Facsimile: (205) 323-7674

**Attorneys for Defendant Amazon.com Services, LLC**